### Z. T. LEROY V. THE STATE.

#### No. 5144. Decided October 23, 1918.

**Local Option—Statement of Facts—Bills of Exception—Practice on Appeal.**

Where the statement of facts and bills of exception were not filed within time, they can not be considered on appeal, and the judgment must be affirmed.

Appeal from the County Court of Gregg. Tried below before the Hon. E. M. Bramlette.

Appeal from a conviction of a violation of the local option law; penalty, a fine of twenty-five dollars and twenty days confinement in the county jail.

The opinion states the case.

*McCord & Campbell,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This conviction was for violation of the local option law.

The court adjourned on the 27th day of April. The statement of facts and bills of exception were not filed within the twenty days authorized by the statute. In fact, they were filed on the 3rd day of June. This was over thirty-five days after court adjourned. Therefore, neither the statement of facts nor the bills can be considered. In the absence of these there is no question presented that can be reviewed.

The judgment will be affirmed.

*Affirmed.*